# United States Court of Appeals
## For the First Circuit

Nos. 15-2011, 15-2012

BRENDA PIPPIN, GRACE PARKER,

Plaintiffs, Appellants,

v.

BOULEVARD MOTEL CORP., d/b/a Comfort Inn South Portland Hotel,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on August 31, 2016, is amended as follows:

On Page 9, line 18: "§ 4633 of the MWPA" is replaced with "§ 4633 of the MHRA"